UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:04-CR-186-1F

| United States Of America | ) | |
|---|---|---|
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Terrence Lorenzo Cruell** | ) | |

On November 10, 2004, Terrence Lorenzo Cruell appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 21 U.S.C. § 846, Conspiracy to distribute and possess with the intent to distribute more than 1.5 kilograms of cocaine base (crack) and more than 15 kilograms of cocaine, was sentenced to the custody of the Bureau of Prisons for a term of 113 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On January 17, 2006, the court reduced the original sentence for changed circumstances to a term of 72 months. Terrence Lorenzo Cruell was released from custody and the term of supervised release commenced on November 28, 2008.

From evidence presented at the revocation hearing on December 7, 2011, the court finds as a fact that Terrence Lorenzo Cruell, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Failure to submit truthful and complete written reports within the first five days of each month.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 9 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of December, 2011.

_____
James C. Fox
Senior U.S. District Judge